# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
MCALLEN DIVISION

UNITED STATES OF AMERICA
V.

Jamara Lee Castillo    PRINCIPAL
A206727552    YOB:    1988
United States

## CRIMINAL COMPLAINT

Case Number:

M-14- 2154 -M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 9, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Humberto Ruiz-Soriano, citizen and national of the United Mexican States, who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said alien in furtherance of such violation of law within the United States, that is, from a location near Sulivan City, Texas to the point of arrest near Havana, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On November 9, 2014 at approximately 1:00 PM Texas DPS requested Border Patrol assistance with a vehicle stop approximately half-mile west of Highway 83 in Havana, Texas. Upon arriving at the location Border Patrol Agents Juan Reyna and Tatiana Jimenez were informed by TX DPS Trooper Zaragoza, that he had conducted a traffic stop on a 1998 Brown Chevrolet Tahoe for speeding. Trooper Zaragoza stated that he believed that the passenger was in the United States illegally. After an immigration inspection it was determined by BPA Reyna and Jimenez that one of the subjects was illegally present in the United States and that the driver, later identified as Jamara Lee CASTILLO, was a United States Citizen.

Trooper Zaragoza issued a citation to CASTILLO for speeding.

All subjects were transported to the McAllen, Texas United States Border Patrol Station for processing.

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Signature of Complainant

**Nicolas Cantu**    **Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**November 10, 2014**    3:56 pm at **McAllen, Texas**
Date      City and State

**Peter E. Ormsby** , **U. S. Magistrate Judge**
Name and Title of Judicial Officer    Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-14-2154-M

RE:  **Jamara Lee Castillo**                              A206727552

## CONTINUATION:

At the McAllen Station Records Checks reveled that Jamara Lee CASTILLO was convicted of 8 USC 1324 on 09/25/2014 and sentenced to three months confinement and two years SRT.

PRINCIPAL STATEMENT:
Jamara Lee CASTILLO was read her Miranda Rights by Border Patrol Agents and was willing to give a statement without the presence of an attorney.

CASTILLO stated that she was asked by an individual known as "Cheto" to transport a subject from Sullivan City, Texas to La Homa and Mile 7. CASTILLO further stated that the subject she picked up was supposed to give her $50.00 USD for gas. CASTILLO claims that she believed the subject she transported was illegally present in the United States but was not certain. CASTILLO further stated that this was her third arrest by Border Patrol for alien smuggling.

MATERIAL OBSERVER STATEMENTS:
Humberto Ruiz-Soriano was read his Miranda Rights at the McAllen Border Patrol Station and agreed to give a statement without the presence of an attorney.

Humberto Ruiz-Soriano admitted to being illegally present in the United States. Ruiz stated he was going to pay $1,300.00 USD to be smuggled to Kansas. RUIZ stated that he made his illegal entry near Reynosa, Tamaulipas and then was transported to an unknown house. RUIZ claims that after five hours he was picked up by a female driving a brown colored truck. Ruiz stated that she instructed him to get in the truck and to lay down so people don't see you. Ruiz claims when the police stopped the truck she instructed him to sit up and stay sitting. Through the use of a CBP photo lineup, RUIZ identified CASTILLO as the driver of the vehicle.